**Harris County Docket Sheet**

# 2020-40705

**COURT:** 281st
**FILED DATE:** 7/9/2020
**CASE TYPE:** Intellectual Property



**OKWESILIEZE WOMEN'S CLUB OF NIGERIA INTERNATIONAL**
Attorney: JAIN, ROGER G.

vs.

**OPARA, IJEOMA**

| Date | Comment |
|---|---|

Docket Sheet Entries

2020-40705
281

Page 1 of 1
8/13/2020 12:28:02 PM