# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **OKWESILIEZE WOMEN'S CLUB OF NIGERIA INTERNATIONAL and GBOLIWE "GRACIE" CHUKWU** | §§§§§ |
| *Plaintiffs,* | § |
| v. | § Case No.: |
| | § |
| **DE OKWESILIEZE INTERNATIONAL WOMEN'S CLUB, IJEOMA OPARA** | §§§ |
| *Defendants.* | §§ |

## EXHIBIT 4-DEFENDANTS NOTICE OF REMOVAL, LIST OF MATTERS

**OKWESILIEZE WOMEN'S CLUB OF NIGERIA INTERNATIONAL and GBOLIWE "GRACIE" CHUKWU**

Vs.

**DE OKWESILIEZE INTERNATIONAL WOMEN'S CLUB and IJEOMA OPARA .**