# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| OKWESILIEZE WOMEN'S CLUB OF NIGERIA INTERNATIONAL and GBOLIWE "GRACIE" CHUKWU § § § § | | |
| *Plaintiffs,* § | | |
| v. § | Case No.: | |
| § | | |
| DE OKWESILIEZE INTERNATIONAL WOMEN'S CLUB and IJEOMA OPARA § § | | |
| *Defendants.* § § § | | |

**EXHIBIT NO. 5- DEFENDANTS' REMOVAL NOTICE: LIST OF ALL COUNSELS OF RECORD AND PARTIES REPRESENTED**

**PLAINTIFFS**:
OKWESILIEZE WOMEN'S CLUB OF NIGERIA INTERNATIONAL, and GBOLIWE "GRACE" CHUKWU.

**COUNSELS FOR PLAINTIFFS**

ROGER G. JAIN - 9301 SOUTHWEST FWY, SUITE 250, HOUSTON, TX 77074.

VIOLET NWOKOYE- 3620 SOUTH COOPER SUITE 100, ARLINGTON, TX. 76015

**DEFENDANTS:**

DE OKWESILIEZE INTERNATIONAL WOMEN'S CLUB, and
IJEOMA OPARA

**COUNSEL FOR DEFENDANTS**

JAMES O. OKORAFOR – 10101 FONDREN RD. #260, HOUSTON, TX 77096